UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIK GARGIA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-0786 |
| | § | |
| ARTCP, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation filed July 22, 2020, it is hereby ORDERED that this action be dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is so ORDERED. 02/02/2021.

_____
The Honorable Alfred H. Bennett
United States District Judge